THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 14-00554-CG-M |
| | * | |
| $137,980.00 in U.S. Currency, | * | |
| | * | |
| Defendant. | * | |

## FINAL JUDGMENT OF FORFEITURE

Pursuant to the Order entered this day, plaintiff's Motion for Order and Judgment of Forfeiture (Doc.22) is **GRANTED** and **JUDGMENT** is hereby entered as follows:

1. The defendant, $137,980.00, more or less, in U.S. Currency, is forfeited to the plaintiff, the United States of America, for disposition according to law.

**DONE and ORDERED** this 3rd day of September, 2015.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE